# First District Court of Appeal
## State of Florida

————————————————

No. 1D21-3542

————————————————

BURKE LYNTONIA SILAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 23, 2022

PER CURIAM.

AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Burke Lyntonia Silas, pro se, Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.